**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION**

| | |
|---|---|
| RONNIE LEE YOUNG, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>        Defendant. ) | JUDGMENT<br><br>No. 7:17-CV-67-JG |

**Decision by Court.**
This case came before the Honorable James E. Gates, United States Magistrate Judge for consideration of the motion by plaintiff and stipulation by the parties regarding plaintiff's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner shall pay $3,200.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Michael Gillespie, Esq., and mailed to him at the following address pursuant to plaintiff's assignment (D.E. 28-2) to his attorney of his right to payment of attorney's fees under the EAJA: Michael Gillespie, Esq., The Law Offices of James B. Gillespie, Jr. PLLC, 415 Chestnut Street, Wilmington, North Carolina 28401. If the award is subject to the Program, the balance shall be mailed to Attorney Gillespie at the above address and the check made payable to him if allowed by the Program.

<u>This Judgment Filed and Entered on January 15, 2019, with service via CM/ECF Notice of Electronic Filing on</u>:

Michael Gray Gillespie, Attorney for Plaintiff

Leah F. Golshani, Attorney for Defendant

Stephen F. Dmetruk, Jr., Attorney for Defendant

Cassian W. Parson,  Attorney for Defendant

DATED: January 15, 2019                PETER A. MOORE, JR., CLERK
                                          By: <u>/s/ Lisa W. Lee</u>
                                          (Deputy Clerk)